**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ARORA TECHNOLOGY GROUP, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRACY M. DAVID and DANIEL L. MCWILLIAMS,**<br><br>**Defendants.** | **CIVIL ACTION NO. 23-3014** |

## ORDER

**AND NOW,** this 19th day of September 2024, upon consideration of Defendants' Motion to Dismiss [Doc. No. 8] and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that pursuant to 28 U.S.C. § 1406(a), the Clerk of Court is directed to **TRANSFER** the action to the United States District Court for the Northern District of Georgia, and to **CLOSE** the case in the Eastern District of Pennsylvania.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**