# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:23−cv−03014−CMR

| | |
|---|---|
| Arora Technology Group, LLC v. Davis et al<br>Assigned to: DISTRICT JUDGE CYNTHIA M. RUFE<br>Cause: 28:1332 Diversity−Contract Dispute | Date Filed: 08/05/2023<br>Date Terminated: 09/19/2024<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Arora Technology Group, LLC**<br>*a Delaware Limited Liability Company* | represented by | **DANIEL SEAN SIEDMAN**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>215−557−3550<br>Email: dsiedman@ciardilaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Albert Anthony Ciardi , III**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>215−557−3550<br>Fax: 215−557−3551<br>Email: aciardi@ciardilaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Tracy M Davis**<br>*an individual* | represented by | **STEPHEN G. HARVEY**<br>STEVE HARVEY LLC<br>1880 JOHN F KENNEDY BLVD<br>SUITE 1715<br>PHILADELPHIA, PA 19103<br>215−438−6600<br>Fax: 215−438−6666<br>Email: steve@steveharveylaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Daniel L McWilliams**<br>*an individual* | represented by | **STEPHEN G. HARVEY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2023 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Tracy M Davis, Daniel L McWilliams ( Filing fee $ 402 receipt number APAEDC–16860827.), filed by Arora Technology Group, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Designation Form)(Ciardi, Albert) (Entered: 08/05/2023) |
| 08/05/2023 | Ï 2 | Statement *as to Corporate Disclosure* by Arora Technology Group, LLC. (Ciardi, Albert) (Entered: 08/05/2023) |
| 08/07/2023 | Ï | Attorneys are required by local rule to complete and file both a Civil Cover Sheet and a Designation Form. PLAINTIFF's counsel is directed to file COMPLETED DESIGNATION FORM in this case using the Notice (Other) docket event located in the Notices category. Related Case section is blank. The Yes/No questions and Certification question asking if the case is/is not related need to be answered. A signature is required as well. (sbt) (Entered: 08/07/2023) |
| 08/07/2023 | Ï 3 | NOTICE by Arora Technology Group, LLC *Designation Form* (Ciardi, Albert) (Entered: 08/07/2023) |
| 08/07/2023 | Ï 4 | Summons Issued as to Tracy M Davis, Daniel L McWilliams. E–MAILED To: COUNSEL on 8/7/23 (bw) (Entered: 08/07/2023) |
| 08/07/2023 | Ï 5 | NOTICE of Appearance by DANIEL SEAN SIEDMAN on behalf of Arora Technology Group, LLC (SIEDMAN, DANIEL) (Entered: 08/07/2023) |
| 08/24/2023 | Ï 6 | WAIVER OF SERVICE Returned Executed by Arora Technology Group, LLC. Tracy M Davis waiver sent on 8/17/2023, answer due 10/16/2023. (SIEDMAN, DANIEL) (Entered: 08/24/2023) |
| 08/24/2023 | Ï 7 | WAIVER OF SERVICE Returned Executed by Arora Technology Group, LLC. Daniel L McWilliams waiver sent on 8/17/2023, answer due 10/16/2023. (SIEDMAN, DANIEL) (Entered: 08/24/2023) |
| 10/16/2023 | Ï 8 | MOTION to Dismiss filed by Tracy M Davis, Daniel L McWilliams.Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Declaration of Tracy Davis, # 3 Declaration of Daniel McWilliams, # 4 Text of Proposed Order, # 5 Text of Proposed Order, # 6 Text of Proposed Order)(HARVEY, STEPHEN) (Entered: 10/16/2023) |
| 10/30/2023 | Ï 9 | STIPULATION AND ORDER THAT THE PLAINTIFF'S DESDLINE TO RESPOND TO THE MOTION TO DISMISS BE EXTENDED TO 11/6/2023. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 10/30/23. 10/30/23 ENTERED AND COPIES E–MAILED.(bw) (Entered: 10/30/2023) |
| 11/06/2023 | Ï 10 | RESPONSE in Opposition re 8 MOTION to Dismiss filed by Arora Technology Group, LLC. (Attachments: # 1 Memorandum Memorandum of Law, # 2 Declaration, # 3 Text of Proposed Order)(Ciardi, Albert) (Entered: 11/06/2023) |
| 11/15/2023 | Ï 11 | REPLY to Response to Motion re 8 MOTION to Dismiss filed by Tracy M Davis, Daniel L McWilliams. (HARVEY, STEPHEN) (Entered: 11/15/2023) |
| 09/06/2024 | Ï 12 | ORDER that Plaintiff Arora Technology Group, LLC shall file the disclosure required by Federal Rule of Civil Procedure 7.1(a)(2) identifying by name and citizenship each member of the limited liability company no later than September 12, 2024.. SIGNED BY DISTRICT JUDGE CYNTHIA M. RUFE ON 9/6/2024. 9/6/2024 ENTERED AND COPIES E–MAILED.(kp) (Entered: 09/06/2024) |
| 09/10/2024 | Ï 13 | Disclosure of Citizenship in Diversity Cases by Arora Technology Group, LLC re 12 Order, . (SIEDMAN, DANIEL) (Entered: 09/10/2024) |
| 09/19/2024 | Ï 14 | MEMORANDUM AND/OR OPINION. SIGNED BY DISTRICT JUDGE CYNTHIA M. RUFE ON 9/19/24. 9/19/24 ENTERED AND COPIES E–MAILED.(bw) (Entered: 09/19/2024) |

| | | |
|---|---|---|
| 09/19/2024 | 15 | ORDER THAT UPON CONSIDERATION OF DEFENDANTS MOTION TO DISMISS 8 AND THE OPPOSITION THERETO, AND FOR THE REASONS STATED IN THE ACCOMPANYING MEMORANDUM OPINION, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED. IT IS FURTHER ORDERED THAT PURSUANT TO 28 U.S.C. § 1406(A), THE CLERK OF COURT IS DIRECTED TO TRANSFER THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, AND TO CLOSE THE CASE IN THE EASTERN DISTRICT OF PENNSYLVANIA. SIGNED BY DISTRICT JUDGE CYNTHIA M. RUFE ON 9/19/24. 9/19/24 ENTERED AND COPIES E–MAILED.(bw) (Entered: 09/19/2024) |
| 09/19/2024 |  | Case Transferred to the Northern District of Georgia (bw) (Entered: 09/19/2024) |